IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | § |
| | § |
| | § Case No. 2:11-CV-512 |
| v. | § |
| | § |
| KONINKLIJKE PHILIPS ELECTRONICS, | § |
| N.V., ET AL. | § |
| | § |

**FINAL JUDGMENT OF NONINFRINGEMENT
AND ORDER OF DISMISSAL**

The Court has reviewed and considered the parties' Joint Motion for Entry of Judgment of Non-Infringement ("the Motion").  In view of the parties' stipulations therein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to the Motion, Judgment be entered in favor of Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, and Avent Ltd. ("Defendants") and against Plaintiff Luv n' care, Ltd. ("Plaintiff") that Defendants' products at issue in this lawsuit do not infringe Plaintiff's U.S. Patent Nos. 7,204,386, 7,243,814, 7,789,263, 7,789,264, and RE43,077 ("Plaintiff's Patents");

IT IS HEREBY ORDERED that all other claims and counterclaims in this action are dismissed <u>without</u> prejudice; and,

IT IS HEREBY ORDERED that the present Order and Judgment remains subject to the right to appeal this Court's Claim Construction Memorandum and Order (Dckt. 167) with respect to Plaintiff's Patents and this Judgment, all rights of which have been reserved.

**SIGNED this 3rd day of September, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE